# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| ZACHARY DALE GREEN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 5:23-cv-97-LCB-NAD |
| § | |
| LIMESTONE CORRECTIONAL § | |
| FACILITY, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING REPORT & RECOMMENDATION

On June 23, 2023, the magistrate judge entered a report and recommendation (Doc. 7), to which no timely objection was filed, recommending dismissal without prejudice of this case for failure to prosecute. Having reviewed the magistrate's recommendation for clear error, *see, e.g.*, *Ray v. Calhoun County*, 2017 WL 4572290 (N.D. Ala. Oct. 13, 2022), the Court **ADOPTS** the report and recommendation in full. Accordingly, this case is hereby **DISMISSED** without prejudice for failure to prosecute, pursuant to the Court's power under Rule 41(b) of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** July 18, 2023.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE